IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

Dale B. Adams

*Plaintiff*

v.

Central Intelligence Agency (CIA)

CIA Director, Gina Haspel

CIA FOIA Agent Allison Fong

*Defendants*

)
)
)
)
)

Case: 1:20-cv-00377   (I Deck)
Assigned To : Unassigned
Assign. Date : 2/6/2020
Description: FOIA/Privacy act

Dale B. Adams

2313 Anvil Drive

Harrison, Arkansas, 72601

T: (870) 517-9132

## COMPLAINT FOR INJUNCTIVE RELIEF

Plaintiff Dale B. Adams has legal standing to bring this action under the Freedom of Information Act, 5 U.S. Code Sec. 552 for injunctive or other relief. The defendants captioned above have failed to timely respond or improperly withheld requested records from plaintiff Dale Adams acting in bad faith

### I. JURISDICTION AND VENUE

1) This Court has subject matter jurisdiction over this controversy as the unlawful acts happened within this jurisdiction and personal jurisdiction is granted by acceptance of this civil action

2) This Court also has jurisdiction pursuant to 28 U.S. Code Sec. 1331 to decide these matters

3) Venue is proper and standing is offered by Congress under 5 U.S. Code Sec. 552(a)(4)(B)

### II. PARTIES

4) Plaintiff is Dale B. Adams of Majestic Publishers, 2313 Anvil Drive, Harrison, Arkansas, 72601

5) Defendants are the Central Intelligence Agency (CIA), Director Gina Haspel of Washington, D.C. 20505

6) Defendants are the Central Intelligence Agency, Agent Allison Fong of Washington, D.C. 20505

### III. COMPLAINT

7) Plaintiff Dale B. Adams (hereinafter as "Adams" or "plaintiff") is an author who owns Majestic



1

    Publishers actively trying to re-obtain his guaranteed Constitutional rights

8) Adams appears to have been placed onto some type of government watchlist which abridges his First Amendment rights, causing severe harm to every aspect of Adams' life

9) Since 1999 Adams has been a victim to invasive computer hacking by government actors effectively altering and controlling Adams' life, even with prior restraints to free speech

10) In 1986 Adams made some Freedom of Information Act requests to the Central Intelligence Agency (CIA) concerning the assassination of United States President John F. Kennedy, and Martin Luther King, Jr. as well as requested records about what our government knows about some nations in South or Central America

11) In 1986-1987 Adams also corresponded with a female peace activist named Sally Brown who promoted peace at the United Nations Headquarters in New York City, New York and after reviewing the Church Committee Reports of 1976 discovered that our government has also targeted this passive class of people with mail monitoring or even mail opening

12) Adams recently learned that United States President Ronald Reagan unleashed the intelligence community to target Christians and religious groups for their Judeo-Christian beliefs in having sympathy for war torn nations in South America which was contrary to government war plans

13) Adams has made Freedom of Information Act requests and engaged in unsuccessful litigation for the last decade trying to be relieved of perpetual electronic surveillance and oppression

14) The defendants have violated the intent and spirit of the Freedom of Information Act to delay or improperly withhold requested records creating this burden

15) Plaintiff Adams needs the requested records to pursue litigation to have access to the Constitution as well as for creative expression in a new book Dale Adams is writing titled, *"Barrels of Ink – Where Truth Trumps Power"*

## IV. FOIA REQUEST TO THE CENTRAL INTELLIGENCE AGENCY

16) In 1986 when Dale B. Adams submitted FOIA requests to the defendant agency of the Central

Intelligence Agency, those requests were promptly responded to and fulfilled

17) On June 7, 2018 plaintiff Dale B. Adams mailed a FOIA request with an incorporated FOIA Appeal to the defendants of the Central Intelligence Agency and received an initial response within 20 days [Exhibit A]

18) This FOIA request sought copies of the records Adams received in 1986 along with any CIA policy that they investigate people who make FOIA requests which could chill First Amendment rights

19) On June 19, 2018 Allison Fong of the Central Intelligence Agency responded claiming the CIA would provide the requested records in the order received [Exhibit B]

20) However, over 20 months later, Dale Adams has still not received any of the requested records

21) Adams recently called the CIA FOIA office who stated Adams' FOIA request was still active but she was puzzled why this FOIA request had not been fulfilled

22) Adams has exhausted his administrative remedies and the defendants seem to have made a final agency action not intending to fulfill this request unless Adams files this FOIA complaint

23) The defendants have failed to timely respond to Adams' FOIA request and improperly withheld the requested records to abridge Adams' First and Fifth Amendment rights

24) Defendant Central Intelligence Agency Director Gina Haspel is required by Executive Order 12333 and 5 U.S. Code Sec. 552 to comply with statutory law respecting Constitutional rights

25) Adams is entitled to a remedy and relief under 5 U.S. Code Sec. 552 as a matter of law

26) Adams believes the defendants are failing to honor this request for information because they are falsely alleging Dale B. Adams is outside of the United States to enable perpetual electronic surveillance that is causing Dale Adams and his family much grief

27) On July 2, 2019 Dale B. Adams mailed a Freedom of Information Act Appeal to the defendant Allison Fong, Information and Privacy Coordinator of the Central Intelligence Agency and received no response leaving this civil action as the only adequate remedy [Exhibit C]

28) The 94th Congress held FOIA should be honored to guard our republican form of government

*"Recommendation 90. - The Freedom of Information Act (5 U.S.C. 552(b)) and the Federal Privacy Act 5 U.S.C. 552(a)) provide important mechanisms by which individuals can gain access to information on intelligence activity directed against them. The Domestic Intelligence Recommendations assume that these statutes will continue to be vigorously enforced ..."*

U.S. Senator Frank Church, (April 26, 1976), "Intelligence Activities and the Rights of Americans, Book II, Final Report of the Select Committee to Study Governmental Operations with Respect to Intelligence Activities" United States Senate Together with Additional Supplemental, and Separate Views. (Church Committee Reports of 1976). (94th Congress). Report No. 94-755. United States Government Printing Office (GPO). [p. 336].

## V. CAUSE OF ACTION

29) Plaintiff Dale B. Adams repeats and re-alleges paragraphs 1-31 as if made herein in full

30) Defendants acting individually and collectively under color of law in their official capacity acted in bad faith failing to comply with 5 U.S.C Sec. 552 withholding the requested records

31) Defendants failure to comply with 5 U.S. Code Sec. 552 offers plaintiff Dale B. Adams legal standing with a remedy and relief as a matter of law

## VI. REQUESTED RELIEF

Wherefore plaintiff prays the Court;

A. grant in forma pauperis status and expedite service of process

B. order the defendants to provide the requested records to plaintiff Adams

C. grant Adams legal fees and costs for this action in honor of long held legal principles of a proper check and balance system to create an incentive to comply with the rule of law

D. kindly grant such other relief as the Court deems just

Signed on this 2nd day of February, 2020.

Sincerely,

*/s/ Dale B. Adams*

Dale B. Adams
2313 Anvil Drive
Harrison, Arkansas, 72601
T: (870) 517-9132

# Exhibits A-C

# Exhibit List A-C

Exhibit A …… June 7, 2018 FOIA request

Exhibit B …….June 19, 2018 CIA FOIA response

Exhibit C …… July 2, 2019 FOIA Appeal

Exhibit A

United States Central Intelligence Agency
Information and Privacy Coordinator
Washington, D.C. 20505

June 7, 2018

FREEDOM OF INFORMATION ACT REQUEST # P-2018-00495

Attn: FOIA Officer and Office of Special Counsel,

Fee Waiver

I am a publisher, an author and a blogger, therefore a member of the media since 1998. I own and operate, Majestic Publishers. I have written numerous informative articles about how citizens can help our nation and the requested information is in the public interest. I only receive nominal financial gain from my articles that I post freely to the web. My articles and research reports are not primarily in the commercial interest of the requester. The website, press releases, informative articles in the public interest as well as a blog of Majestic Publishers is located at the website of http://www/majesticpublishers.com. I request a fee waiver due to government financial oppression.

Expedited Processing

I request expedited processing and hope you can process this information as soon as practicable, because I will lose rights to due process of law if the records are not processed quickly. My Father-in-law, Roy Gene Gattis (DOB: 12/07/1931) appears to have his life endangered by the United States Department of Defense while residing at the Apple Ridge Nursing Home a.k.a. Harrison Rehabilitation and Health Center of 115 Orendorf Avenue, Harrison, AR. 72601. I seek expedited processing of this FOIA request because it seems I will have to file civil litigation in federal court in order to stop the Central Intelligence Agency from trying to cause the demise of federal witnesses to wrongful government conduct including to Roy Gattis, Robert Maione, Cherie Adams and myself Dale Adams.

Introduction

In 1986, Dale B. Adams resident # 862031 resided at P. O. Box 473 Westville, Indiana 46391 in the Westville Correctional Center. A friend there informed me about the Freedom of Information Act requiring the federal government to release records. Evidently he suspected the government would retaliate against him for expressing First Amendment rights although that is a violation of black letter law. I did not think the government would take retaliatory actions simply for seeking records we were lawfully entitled to request. So when he asked me to write to the Central Intelligence Agency to request records about the assassination of John F. Kennedy, or other civil rights leaders I did so. I also made some requests of my own about what our government learned about foreign nations and my requests were promptly fulfilled. It is nice to know that even when you are in prison you still have certain rights,

at least some. I was a pauper so my FOIA requests to your agency ended when you sent me a price list from anywhere from $0.10 to several dollars for itemized documents related to the JFK files. I then began attending College at Purdue University for creative writing because my life dream was to be an author and publisher. I was a journalist at the age of 18, writing articles for the Chaddock Boys School newspaper in Quincy, Illinois. Almost every federal agency publishes an annual summary record of FOIA requests they provided to the public to prove they are complying with FOIA which shows the name of the requester, date, a summary of the requests and other categories. I suspect that the Central Intelligence Agency retaliated against me for filing FOIA requests and I seek records concerning those former FOIA requests so I can determine who is responsible for causing our friends and family significant harm. Please honor my FOIA requests as you used to comply with the FOIA law in 1986.

The only thing I knew about foreign countries was what my education in high school or college gave me and I made the FOIA requests about foreign countries to live vicariously outside of the prison walls and to ensure what I was taught at school was correct. I was impressed by the depth of knowledge the CIA collected about other nations even demographics, races, education, altitudes and everything else. When I was out of the United States and met people from other nations, I asked them what they learned in school about the United States to ensure they were told the truth. The three things they all were taught was the Revolutionary War, the War Between the States and World War II. The point is that I sought the truth for myself and others, and that is what this FOIA request is for – I want the truth.

<u>FOIA Request</u>

Pursuant to the federal Freedom of Information Act I request;
1. A summary list of all FOIA requests that were provided by the CIA in 1986
2. Any information about the CIA opening a file, dossier or investigation about any people or organizations on that FOIA summary for 1986, including Dale Adams possibly displaying a policy or tactic to retaliate against parties for expressing First Amendment rights
3. A copy of any and all documents that were provided pursuant to FOIA to Dale Adams in 1986
4. A copy of CIA policy or legal opinions that applied in 1986 for your agency either being prohibited from or allowed to engage in domestic criminal investigations
5. A copy of any documents or copy of items including images or content of my incoming or outgoing United States mail that your agency received or intercepted to or from Westville Correctional Center or other officials or other source concerning Dale B. Adams, Nancy Mayberry, Sally Brown or any other party Dale Adams sent U. S. mail to or from
6. A copy of 1986 CIA policy about not retaliating or violating the First Amendment, including

Executive Order 12333 against people for submitting FOIA requests or other free speech

7. Any data that the CIA collected about Dale Adams attending Purdue University, Indiana

8. A copy of any information the CIA collected about Sally Brown who wrote to me in Westville Correctional Center from 1986-1987 mostly concerning her enthusiasm for the United Nations and activities related to world peace, something your agency may oppose

9. Although the CIA may not be able to give me certain records contained in a dossier or file about me, I simply request one document, I want a document that states the first year the CIA began to investigate or compile information about Dale Brent Adams, (DOB: 08/25/1964), I need to know that date and why as well as by what authority was used for domestic activities

10. A copy of any categories, classifications, organizations, movements or other activities the CIA has accused Dale Adams of belonging to or being involved in. For example Sally Brown was an avid peace activist and since she wrote me letters has the CIA placed me into a category such as anti-war being mislabeled for free speech expressive and associational rights

11. A copy of any foreign intelligence surveillance court orders, applications, directives or authorizations concerning Dale B. Adams

12. A copy of any 1986 policy authorizing or prohibiting the CIA to investigate a United States citizen for filing a FOIA request or any other reason

13. A copy of any 2017 policy authorizing or prohibiting the CIA to investigate a United States citizen for filing a FOIA request or any other reason

14. Any and all information you have attempted or succeeded in obtaining about Dale Adams

15. Any and all data you have about the work history of Dale B. Adams including the begin and end dates, the employer, their address, and income received so I can write a book about the misguided terror our family has endured

16. I request a date stamped copy of this FOIA request showing that your agency received this so I can at least get one requested item

17. A copy of any Executive Orders, letters, legal opinions, directives, statutes, rules or case law that the Executive branch, including from the United States President that are being used to deny my FOIA requests to obtain enumerated rights

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act. I will also expect you to release all segregable portions of otherwise exempt material. I, of course, reserve the right to appeal your decision to withhold any information or to deny a waiver of fees. I would like to receive the information in print and/or electronic format and

documents. My email address is info@majesticpublishers.com.

I am willing to pay fees for this request up to $30.00 if my fee waiver is rejected. Please contact me if the fee will be a larger amount. I certify that my statements concerning the need for expedited processing are true and correct under penalty of perjury in the State of Arkansas.

AUTOMATIC APPEAL

I automatically appeal any and all decisions you make regarding this FOIA request and move your agency to automatically send any denials from your agency directly to the appeal entity for prompt processing of this FOIA request and FOIA appeal.

Signed and mailed this 7th day of May, 2018. [Belated typo, sent June 7, 2018]

Sincerely,

_____
Dale B. Adams
2313 Anvil Drive
Harrison, Ar. 72601
P: (870) 365-7334
E: info@majesticpublishers.com

## CERTIFICATE OF SERVICE

I, Dale B. Adams hereby certify that I mailed a true and correct copy of the foregoing Freedom of Information Act Request via United States mail to those addressed below;

United States Central Intelligence Agency
Information and Privacy Coordinator
Washington, D.C. 20505

Signed and mailed this 7th day of May, 2018. [Belated typo, sent June 7, 2018]

Sincerely,

_____
Dale B. Adams
Majestic Publishers
2313 Anvil Drive
Harrison, Ar. 72601
P: (870) 365-7334
E: info@majesticpublishers.com

Exhibit B

Central Intelligence Agency



Washington, D.C. 20505

19 June 2018

Mr. Dale B. Adams
2313 Anvil Drive
Harrison, AR 72601

Reference: P-2018-00495

Dear Mr. Adams:

On 15 June 2018, the office of the Information and Privacy Coordinator received your 7 June 2018 Freedom of Information Act request for:

> 1. A summary list of all FOIA requests that were provided by the CIA in 1986,
> 2. Any information about the CIA opening a file, dossier or investigation about any people or organizations on that FOIA summary for 1986, including Dale Adams possibly displaying a policy or tactic to retaliate against parties for expressing First Amendment rights,
> 3. A copy of any and all documents that were provided pursuant to Dale Adams in 1986,
> 4. A copy of CIA policy or legal opinions that applied in 1986 for your agency either being prohibited from or allowed to engage in domestic criminal investigations,
> 5. A copy of any documents or copy of items including images or content of my incoming or outgoing United States mail that your agency received or intercepted to or from Westville Correctional Center or other officials or other source concerning Dale B. Adams, Nancy Mayberry, Sally Brown or any other party Dale Adams sent U.S. mail to or from,
> 6. A copy of 1986 CIA policy about not retaliating or violating the First Amendment, including Executive Order 12333 against people for submitting FOIA requests or other free speech,
> 7. Any data that the CIA collected about Dale Adams attending Purdue University, Indiana,
> 8. A copy of any information the CIA collected about Sally Brown who wrote to me in Westville Correctional Center from 1986-1987 mostly concerning her enthusiasm for the United Nations and activities related to world peace, something your agency may oppose,
> 9. Although the CIA may not be able to give me certain records contained in a dossier or file about me, I simply request one document, I want a document that states the first year the CIA began to investigate or compile information about Dale Brent Adams, (DOB: 08/25/1964), I need to know that date and why as well as by what authority was used for domestic activities,
> 10. A copy of any categories, classifications, organizations, movements or other activities the CIA has accused Dale Adams of belonging to or being involved in. For example Sally Brown was an avid peace activist and since she wrote me letters

> has the CIA placed me into a category such as anti-war being mislabeled for free speech expressive and associational rights,
> 11. A copy of any foreign intelligence surveillance court orders, applications, directives or authorizations concerning Dale B. Adams,
> 12. A copy of any 1986 policy authorizing or prohibiting the CIA to investigate a United States citizen for filing a FOIA request or any other reason,
> 13. A copy of any 2017 policy authorizing or prohibiting the CIA to investigate a United States citizen for filing a FOIA request or any other reason,
> 14. Any and all information you have attempted or succeeded in obtaining about Dale Adams,
> 15. Any and all data you have about the work history of Dale B. Adams including the begin and end dates, the employer, their address, and income received so I can write a book about the misguided terror our family has endured,
> 16. I request a date stamped copy of this FOIA request showing that your agency received this so I can at least get one requested item,
> 17. A copy of any Executive Orders, letters, legal opinions, directives, statutes, rules or case law that the Executive branch, including from the United States President that are being used to deny my FOIA requests to obtain enumerated rights.

Our officers will review your request in more detail and will advise you should they encounter any problems or if they cannot begin the search without additional information or clarification. We have assigned your request the reference number above. Please use this number when corresponding so that we can identify it easily.

You have requested expedited processing. Generally, we handle all requests in the order we receive them; that is "first-in, first out." We make exceptions to this rule when a requester establishes a compelling need in accordance with our regulations. We have reviewed your request and determined it does not meet the criteria for expedited processing. Specifically, the request neither involves an imminent threat to the life or physical safety of an individual, nor is it made "by a person primarily engaged in disseminating information, and the information is relevant to a subject of public urgency concerning an actual or alleged or Federal activity." Therefore, we have determined that you have not established a "compelling need" for the information as set forth in 32 CFR § 1900.34. Your request for expedited processing is hereby denied. You may appeal this decision, in my care, within 90 days from the date of this letter. Should you choose to appeal the denial of your request for expedited processing, you are encouraged to provide an explanation supporting your appeal.

Sincerely,

Allison Fong
Information and Privacy Coordinator

Exhibit C

Central Intelligence Agency (CIA)
Information and Privacy Coordinator
Allison Fong
Washington, D.C. 20505

July 2, 2019

Re: FOIA Appeal progress report for FOIA reference P-2018-00495

Hello Information and Privacy Coordinator, Allison Fong,

    I made the above referenced Freedom of Information Act request over a year ago on June 7, 2019. Since 2017 I have been a victim of severe chronic pain in all four quadrants of my body with a malady that appears to be Fibromyalgia. I weigh over 280 pounds and have great difficulty bending over to search for paperwork. I have stacks of paper throughout our home and rarely able to go through them to find needed documents for litigation. So if a document gets buried it can take me years to find it. As a precautionary matter I incorporated a FOIA appeal request directly in the FOIA request if I lost your response. I received your initial response to my FOIA request to the CIA dated June 19, 2018. I did lose this document before I could respond to it and I just found this document on July 2, 2019. I called the CIA Information and Privacy Coordinator office in late 2018 about a progress report of my FOIA request and he stated that I could not appeal this FOIA request until you responded with the requested information. The CIA initial FOIA response letter of June 19, 2018 states that my appeal has to be made "*within 90 days*." Since my FOIA appeal was made directly in the FOIA request I believe I satisfied the 90 day hurdle and this letter explains the "*compelling need*" for expedited processing.

    I appear to be a victim of the Authorization for the Use of Military Force (AUMF), the Espionage Act and the National Defense Authorization Act for Fiscal Year 2012 wrongfully designated as a suspected terrorist to conceal the fact that Dale B. Adams d/b/a Majestic Publishers are being retaliated against for exercising First Amendment rights to free speech and of the press so as to keep these facts outside of the public Article III Courts. Immediate access to the information made in the Freedom of Information Act request of June 7, 2018 is necessary to protect the Life, Liberty and Property of Dale B. Adams who is in danger of a certainly impending military prosecution which denies basic tenants to due process of law even allowing hearsay evidence which can get anybody punished with misrepresentations of fact – hearsay. I appear to have agents of the Central Intelligence Agency living next door in our neighborhood on Anvil Drive in Harrison, Arkansas, 72601 who hack into our computer and printer to defeat my First Amendment rights to obtain legal redress. Military

power is being abused to abridge Dale Adams First Amendment rights which has been held by the Courts as irreparable harm and it certainly is.

In your initial FOIA response dated June 19, 2018, you stated, *"nor is it made by a person primarily engaged in disseminating information, and the information is relevant to a subject matter of public urgency concerning an actual or alleged or Federal activity."* I dispute this because for the last decade I have been disseminating information to the public about government abuse of anti-terrorism or whistle blower laws noted on PACER with much time consuming litigation. My litigation has been mentioned in media reports such as a blog concerning activity at the United States Supreme Court. I own Majestic Publishers with articles published on 100s of websites including my own website of *https://www.majesticpublishers.com*. Many articles relate to government activity that disregards First Amendment rights which is a matter of public urgency due to the upcoming elections. The American voter should be allowed facts instead of hearsay.

I am enclosing a list of some articles that I wrote that you can find on the world wide web along with many others and some of the titles mention our government or politics. [Exhibit 1] I am also intending to write a book about how anti-terrorism laws and warrantless electronic surveillance threaten our Republic but I need the CIA to respond to my FOIA request to get more facts. Some are real simple requests such as does the CIA have a policy of investigating U.S. citizens who file FOIA requests, which would show the Church Committee Reports of 1976 were to no avail because the CIA still targets and punishes people who stand up for civil and Constitutional rights – and even kill them under color of military law making the First Amendment obsolete. I receive death threats or threats of indefinite detention for not waiving First Amendment rights on a regular basis. I am near death due to numerous laws that abridge First Amendment rights and a certainly impending prosecution without rights to due process of law is imminent. Your own records can not deny this imminent danger to Dale B. Adams with military power. This clearly hurdles your criteria for expedited processing. Please rush my FOIA request to allow me to obtain Constitutional rights in an Article III Court.

Sincerely,

Dale B. Adams
Majestic Publishers
2313 Anvil Drive
Harrison, AR. 72601
C: (870) 416-5543

CERTIFICATE OF SERVICE

I, Dale B. Adams hereby certify that a true and correct copy of the foregoing and referenced exhibits of the document titled as, *"FOIA Appeal progress report for FOIA reference P-2018-00495"* has been mailed via United States Postal Service (USPS) on this 2nd day of July, 2019. Those served are as follows;

United States Central Intelligence Agency
Information and Privacy Coordinator
Washington, D.C. 20505

The Washington Post
1150 15th Street, N.W.
Washington, D.C. 20071

*"The court has established that 'routine newsgathering' is presumptively lawful acquisition, the fruits of which may be published without fear of government retribution."*

*Smith v. Daily Mail Publishing Co.*, 443 U.S. 97 (1979).

Signed on this 2nd day of July, 2019.

Sincerely,

*/s/ Dale B. Adams*

Dale B. Adams
2313 Anvil Drive
Harrison, AR. 72601
C: (870) 416-5543

Dale B. Adams
2313 Anvil Dr
Harrison, AR 72601

United States District Court for the
Western District of Arkansas

Clerk

333 Constitution Avenue, N.W.

Washington, D.C. 20001



U.S. POSTAGE
$3.00
FCMF
Orig: 72601
02/03/20
11082239
R2305K138946